UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, DIVISION

KIRSTEN KISSINGER-CAMPBELL,

    Plaintiff,

vs.                                                        CASE NO.

C. RANDALL HARRELL, M.D., P.A.,

    Defendant.
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendant C. Randall Harrell, M.D., P.A. hereby removes the above-entitled action from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. §§ 1331, 1441(a) and (b), and 1446 (a), (b), and (d). This removal is based upon the existence of a federal question. 28 U.S.C. §§ 1331, 1441(a), (b). The grounds for removal are as follows:

### Introduction

    1.    On or about May 29, 2007, plaintiff Kirsten Kissinger-Campbell filed a Complaint (hereinafter "Complaint") in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida. The action was assigned Case No. 07-4980-CI-15. The Complaint asserts a claim for violation of the Fair Labor Standards Act of 1938 as amended, 29 U.S.C. § 201 *et seq.* ("FLSA").

    2.    On June 1, 2007, defendant was served with the Summons and Complaint in the above-captioned case. True and correct copies of said documents are attached hereto as Exhibit "A."

### Federal Question Jurisdiction

3. Plaintiff's Complaint alleges that defendant violated the FLSA by failing to properly pay overtime wages for hours worked in excess of 40 per week. [Complaint ¶7].

4. Because the Complaint alleges violations of a federal statute, plaintiff's claims are removable under 28 U.S.C. § 1441(a), (b), and (c). This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

### Additional Requisites for Removal

5. This Notice of Removal is filed timely within 30 days after defendant was served with the Summons and Complaint. 28 U.S.C. § 1446(b).

6. Pursuant to 28 U.S.C. § 1446(a), copies of all papers filed in the state court action are attached hereto as Exhibit "A."

7. Written notice of the filing of this Notice of Removal has been served on the plaintiff, and a copy of this Notice will be filed with the Clerk of the Circuit Court in and for Pinellas County, Florida, simultaneously with the filing of this document with this Court, pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, defendant respectfully requests that the Court take jurisdiction of this action and grant such other and further relief as the Court deems just and proper under the circumstances.

Dated: June 19, 2007

Respectfully submitted,

*Richard C. McCrea, Jr.* (signature)

Richard C. McCrea, Jr.
FBN.: 351539
mccrear@gtlaw.com
GREENBERG TRAURIG, P.A.
Courthouse Plaza, Suite 100
625 E. Twiggs Street
Tampa, Florida 33602
813.318-5700
813.318-5900 Fax
Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to: Wolfgang M. Florin, Esquire, Florin Roebig, P.A., 777 Alderman Road, Palm Harbor, Florida 34683, this 19th day of June, 2007.

*Richard C. McCrea, Jr.* (signature)
**Attorney**